NO. 07-06-0355-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

SEPTEMBER 20, 2006

______________________________

THERESE ANNE LADD, 

Appellant

v.

THE STATE OF TEXAS, 

Appellee

_________________________________

FROM THE 251
ST
 DISTRICT COURT OF RANDALL COUNTY;

NO.  17,294-C; HON. PATRICK PIRTLE, PRESIDING

_______________________________

Order of Dismissal

_______________________________

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Therese Anne Ladd appealed the order deferring her adjudication of guilt and placing her on community supervision.  The adjudication of her guilt was deferred on February 24, 2006. Her notice of appeal, however, was dated September 5, 2006, and received on September 7, 2006.  Having waited over 180 days to file her notice, appellant’s effort to perfect the appeal is untimely.  
See 
Tex. R. App. P
. 
26.2(a) (stating that one has 30 to 90 days to perfect an appeal from an appealable order depending upon whether the appellant moved for a new trial);
 Manuel v. State
, 994 S.W.2d 658, 662 (Tex. Crim. App. 1999) (recognizing as appealable an order deferring the adjudication of guilt).  Being untimely, we dismiss the cause for want of jurisdiction.  
See Olivo v. State
, 918 S.W.2d 519, 523 (Tex. Crim. App. 1996).

Accordingly, appellant's appeal is dismissed.

Per Curiam

Do not publish.